UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES FASOLI, | : | CIVIL ACTION NO.: |
| | : | 3:11-cv-00767 (CSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF STAMFORD, ERNEST | : | |
| ORGERA, MICHAEL SCACCO, and | : | |
| MICHAEL LAROBINA, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 13, 2013 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c) and D. Conn. L. Civ. R. 7, the Defendant, Michael Larobina, moves this Court for the entry of summary judgment in its favor as to all claims against him in the Plaintiff's Complaint. In support of this motion, the Defendant submits the attached Memorandum of Law.

Respectfully submitted,

By: /s/ Jonathan C. Sterling
James M. Sconzo (ct04571)
Jonathan C. Sterling (ct24576)
JORDEN BURT, LLP
175 Powder Forest Drive, Ste. 301
Simsbury, CT 06089-9658
(860) 392-5000 / Fax: (860) 392-5058
jms@jordenusa.com
js@jordenusa.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 13, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard N. Freeth
Freeth & Clay, LLP
500 Summer Street
Stamford, CT 06901
*Counsel for Plaintiff*

Lewis H. Chimes
Law Offices of Lewis Chimes
45 Franklin Street
Stamford, CT 06901
*Counsel for Michael Scacco*

Alan Neigher
Sheryle S. Levine
Byelas & Neigher
1804 Post Rd. East
Westport, CT 06880
*Counsel for Ernest Orgera*

                By: /s/ Jonathan C. Sterling
                    Jonathan C. Sterling

264914